662

No. —, original. EX PARTE CHARLES LEFKOWITZ. January 17, 1938. Motion for leave to file petition for writ of habeas corpus denied.

No. —, original. EX PARTE J. R. PALMER. January 17, 1938. Motion for leave to file petition for writ of habeas corpus denied.

No. 12, original. TEXAS v. FLORIDA ET AL. January 17, 1938. Upon consideration of the motion of Mabel Harlow Green that the bill of complaint in this cause be dismissed as to her, and of the stipulation of the parties to the cause, attached thereto, consenting to the granting of such relief, the motion is granted and the bill of complaint is dismissed as to the said Mabel Harlow Green, without costs as to her.

No. 476. REARDANZ v. CONNECTICUT MUTUAL LIFE INS. CO. ET AL. January 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit dismissed for failure to comply with the rules. *Mr. Samuel E. Cook* for petitioner. No appearance for respondents.